UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

FRANCESCO SORRENTINO and
JILL MOIR-SORRENTINO,

    *Defendants.*
---------------------------------------------------------------x

No 1:17-cv-5932-DLI-RER

## STIPULATION OF DISCONTINUANCE WITH RIGHT TO REINSTATE

Plaintiff United States of America and Defendants Francesco Sorrentino and Jill Moir-Sorrentino stipulate to the dismissal of this action subject to the right of the United States to unilaterally reinstate the action within 120 days of this Court's entry of an order dismissing the action. If the action is not reinstated within 120 days, it will be considered dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General<br><br>_/s/ James Yu_<br>JAMES YU<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, D.C. 20044<br>202-307-6460 (v)<br>202-514-5238 (f)<br>James.Yu@usdoj.gov | AGOSTINO & ASSOCIATES, P.C.<br>*Attorneys for Francesco Sorrentino and Jill Moir-Sorrentino*<br><br>_/s/ Frank Agostino_<br>FRANK AGOSTINO<br>Agostino & Associates, P.C.<br>14 Washington Place<br>Hackensack, New Jersey 07601<br>Tel. No. (201) 488-5400<br>Fax No. (201) 488-5855<br>fagostino@agostinolaw.com |