UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————x
:
UNITED STATES OF AMERICA,            :
:
*Plaintiff,*                         :
:
v.                                   :   No 1:17-cv-5932-DLI-RER
:
FRANCESCO SORRENTINO and             :
JILL MOIR-SORRENTINO,                :
:
*Defendants.*                        :
————————————————————x

## ORDER OF DISMISSAL

Upon stipulation of the parties, it is hereby ORDERED that this case is dismissed without prejudice, except that the Plaintiff has 120 days to reinstate the action as provided in the *Stipulation of Dismissal with Right to Reinstate*. In the event the action is not reinstated within 120 days, this dismissal shall be with prejudice, without any further action being taken by the parties or this Court.

DATED:_____                    _____
                                              HON. DORA L. IRIZARRY
                                              UNITED STATES DISTRICT JUDGE